**JUDGE HOLWELL**          **07 CV          7419**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X,

CYNTHIA CAMPBELL and HARRY CAMPBELL,

                              Plaintiffs,                    **RULE 7.1 STATEMENT**

        - against -



NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                              Defendant.
-----------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the

following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding

securities in the hands of the public:

            Amtrak, a corporation providing intercity passenger rail service,
            has no parent company.  However, American Premiere
            Underwriters, Inc. and Burlington Northern Santa Fe Railroad
            Company own 10% or more of Amtrak's stock.

        These representations are made in order that the judges of this court may determine the

need for recusal.

Dated:      New York, New York
            August 20, 2007

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

            By:     _____
                              Mark S. Landman (ML 7654)
                              Attorneys for Defendant Amtrak
                              120 Broadway, 27th Floor
                              New York, New York 10271-0079
                              (212) 238-4800

TO:      Roger M. Kunkis, Esq.
Bauman, Kunkis & Ocasio-Douglas, P.C.
225 West 34th Street
New York, New York 10122
(212)564-3555