UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CYNTHIA CAMPBELL AND HARRY CAMPBELL,

                Plaintiffs,

        -against-              07 CV 7419 (RJH) (RLE)

AMTRAK,                          STIPULATION AND
                                    ORDER OF DISMISSAL
                Defendant.
----------------------------------x

       **IT IS HEREBY STIPULATED and AGREED**, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action, including counterclaims, is hereby discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
            September 24, 2007

_____         _____
LANDMAN CORSI BALLAINE & FORD P.C.   BAUMAN, KUNKIS & OCASIO-DOUGLAS
BY: Mark S. Landman               BY: RANDOLPH D. JANIS (RJ 5583)
Attorneys for Defendant           Attorneys for Plaintiff
120 Broadway, 27th Floor          14 Penn Plaza, Suite 2208
New York, New York 10271          New York, New York 10122
(212) 238-4800                       (212) 564-3555

SO ORDERED:

_____
U.S. District Court Judge
10/24/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07